■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM I. WALTER, Appellant. [881 NYS2d 359]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered February 8, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal mischief in the third degree, endangering the welfare of a child, criminal trespass in the second degree and menacing in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE JONES, Appellant. [881 NYS2d 359]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered May 19, 2008. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD L. SCONIERS, Appellant. [881 NYS2d 359]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered August 5, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCIA A. WEBER, Appellant. (Appeal No. 1.) [881 NYS2d 359]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered March 12, 2007. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.